UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 02-30043-MAP
)
)
ROMAN ZHIRNOV
ANDREY BUYNOVSKIY

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. Section 3142(e) and (f).

1. **Eligibility of Case.**  This case is eligible for a detention order because it involves (check all that apply):

    _____ Crime of violence (18 U.S.C. Section 3156)

    _____ Maximum sentence life imprisonment or death

    _____ 10 plus years drug offense

    _____ Felony, with two prior convictions in above categories

    __x__ Serious risk defendant will flee

    __x__ Serious risk of obstruction of justice

2. **Reason for Detention.**  The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __x__ Defendant's appearance as required

    __x__ Safety of any other person and the community

3. **Rebuttable Presumption.**  The United States (will/will not) invoke the rebuttable presumption against defendant under Section 3142(e).  (If yes) The presumption applies because (check one or both):

_____ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. Section 924(c)

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

_____ At first appearance

\_\_2\_\_ After continuance of \_\_\_\_ days (not more than 3)

5. <u>Witnesses</u>. The United States intends to call the following witnesses:

Proffer of AUSA.

The amount of time for direct examination of these witnesses is estimated to be: one-half hour.

6. <u>Other Matters</u>.

_____

_____

_____

DATED this \_\_28\_\_ day of \_\_January\_\_, 20\_04\_.

*/s/ Ken O'Ra[signature]*
Assistant United States Attorney