UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 02-30043-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.                                             ) | **NOTICE OF** |
| ) | **APPEARANCE** |
| ROMAN ZHIRNOV                  ) | |
|    Defendant                         ) | |

Please enter my appearance herein as attorney for the above-named Defendant, Roman Zhirnov, in regard to the above-entitled action.

This notice is filed at the request of the Defendant Roman Zhirnov and with specific reference to the anticipated simultaneous filing of the disappearance of current counsel, Jeffrey Yelle, Esq. To the knowledge of the undersigned, at the time of the drafting of this Notice, the Government's Motion for Pre-Trial Detention is pending before the Court. I hereby certify that I have served a copy of this Notice of Appearance, by first class mail, to Kevin O'Regan, Esq., Assistant United States Attorney for the District of Massachusetts, 1550 Main Street, Room 310, Springfield, MA 01103 and to Jeffrey Yelle, Esq., 1365 Main Street, 3rd Floor, Springfield, MA 01103.

DATE: February 9, 2004

Charles J. Sclafani, Jr.
BBO# 550411

JOHNSON & SCLAFANI
776 Westfield Street
West Springfield, MA 01089
(413) 732-8356
(413) 439-0480