UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| V. | } | Criminal No. 02-30043-MAP |
| | } | |
| ROMAN ZHIRNOV, | } | |
| Defendant | } | |

Notice of Disappearance

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my disappearance as Counsel for Roman Zhirnov, the Defendant in the above–captioned matter.

Respectfully submitted,

Date: February 12, 2004

J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA 01103
(413) 732-9760
BBO #536780