UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 02-30043-MAP |
| ) | |
| ALEKSEI SAFANOV, et al., ) | |
| Defendants ) | |

INTERIM STATUS REPORT
April 30, 2004

NEIMAN, U.S.M.J.

The court held a Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The parties have agreed and determined that no time will have run on the Speedy Trial Clock between the return of the second superseding indictment and June 28, 2004. The court, having inquired of all counsel, finds that the interests of justice will be served by the suspension of the clock for that time period. A separate order shall issue.

3. There are no other matters to report relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge