6.  The parties do not know whether a trial will be necessary. A trial should take one week.

7.  A final status conference should not be scheduled. An interim status conference should be scheduled prior to July 22, 2004.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

by: _____
    Kevin O'Regan
    Assistant U.S. Attorney

_____
Alan Black, Esq.
Counsel for Alexei Safonov

_____
David Wenc, Esq.
Counsel for Ivan Teleguz

_____
Charles J. Sclafani, Jr., Esq.
Counsel for Roman Zhirnov

_____
Joseph D. Bernard, Esq.
Counsel for Andrey Buynovskiy

_____
Richard J. Maggi, Esq.
Counsel for Michael Quickel

Date: June 28, 2004

3