UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>ALEKSEI SAFANOV, et al., )<br>      Defendants ) | Criminal No. 02-30043-MAP |

INTERIM SCHEDULING ORDER
June 28, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day.

1. The Government shall respond to Defendant Safanov's discovery letter by July 2, 2004.

2. By July 6, 2004, the Government shall inform Defendants what tapes it intends to transcribe. Those tapes, together with any tapes which Defendants themselves which to transcribe, shall be transcribed by August 31, 2004.

3. By July 15, 2004, the Government shall notify Defendants in writing whether it declines to provide certain requested information regarding Carlos Ortiz.

4. A final status conference will be held on September 10, 2004, at 11:30 a.m. in Courtroom III, at which time the court will address any outstanding discovery motions.