UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
.. C' ...'S OFFICE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| ROMAN ZHIRNOV,<br>Defendant | ) |
| | ) |

... ... 10  P 3: 11

U.S. ...... COURT
CRIMINAL INDICTMENTS .. .. MASS.
NO. 02-30043-MAP

## DEFENDANT'S ASSENTED TO MOTION FOR ALLOWANCE TO FILE HIS PRETRIAL MOTIONS NUNC PRO TUNC TO DECEMBER 6, 2004

Now comes the Defendant, Roman Zhirnov, by and through his attorney, and hereby requests permission of this Court to file his pretrial motions nunc pro tunc to December 6, 2004.

In support hereof, Defendant's counsel did not secure all necessary information within the time frame contained within the Court's scheduling order.   Assistant District Attorney Kevin O'Regan indicated that the government has no objection with regard to this motion which would involve motions to be heard on the rescheduled hearing date of December 29, 2004.

Wherefore, Defendant requests that this Motion be granted.

THE DEFENDANT,
BY HIS ATTORNEY,

Charles J. Sclafani, Jr.
BBO# 550411

Johnson & Sclafani
776 Westfield Street
West Springfield, MA 01089
413-732-8356

## CERTIFICATE OF SERVICE

I, Charles J. Sclafani, Jr., attorney for the Defendant, Roman Zhirnov, hereby certify that on this 10th day of December, 2004, I served a copy of the foregoing *DEFENDANT'S ASSENTED TO MOTION FOR ALLOWANCE TO FILE HIS PRETRIAL MOTIONS NUNC PRO TUNC TO DECEMBER 6, 2004,* by in hand delivery to the Assistant U.S. Attorney, Kevin O'Regan, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

Charles J. Sclafani, Jr.