UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

CASE NO.  02-30043   MAP

V.

IVAN TELEGUZ, ET AL

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been  set  for an Evidentiary Hearing/Argument on all pending Motions to Suppress   on   4/27/05  at    2:00 p.m.      before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.    Counsel shall refer to Order issued on 12/30/04 for clarification of Motions.

SARAH THORNTON
CLERK OF COURT

4/8/05

By: /s/ Elizabeth A. French

Date

Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]