UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**CIVIL / CRIMINAL**

**CASE NO. 02-30043-MAP**

**V.**
**ALEKSEY SAFANOV, ET AL**

**Defendant**

**NOTICE**

**PONSOR**          **D.J.**

**PLEASE TAKE NOTICE** that the above-entitled case has been set for A STATUS CONFERENCE ON NOVEMBER 4, 2005 AT 2:00 P.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

**October 12, 2005**          **By:**     /s/Elizabeth A. French

Date                                          Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**