UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 02-CR-30043-03 MAP |
| ) | |
| ROMAN ZHIRNOV, ) | |

### DEFENDANT ROMAN ZHIRNOV'S MOTION
### FOR DOWNWARD DEPARTURE

Now comes the Defendant, Roman Zhirnov, in regard to the above-entitled action and herein requests this Honorable Court for a Downward Departure.

In support hereof, the Defendant Roman Zhirnov states that a downward departure is warranted, as supported by the particulars of the attached Memorandum.

Respectfully Submitted,
The Defendant, Roman Zhirnov,
By His Attorney,

Date: March 23, 2006

_____
Charles J. Sclafani, Jr.
BBO# 550411

Johnson & Sclafani
776 Westfield Street
West Springfield, MA 01089
413-732-8356
413-439-0480 FAX