UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**

v.　　　　　　　　　　　　　　　　　　　　　　　　CR 02-30043-MAP

**ROMAN ZHIRNOV**

ORDER OF DISBURSEMENT

April 3, 2006

**PONSOR, D.J.**

　　It is hereby ordered that the Clerk disburse the amount of $5,000.00 deposited as cash bail on February 17, 2004.  The funds shall be disbursed to Ekh Tram Mamedov and Taisa Prokherkus, 35 Barney St., Agawam, MA 01001.

　　It is so ordered.

　　　　　　　　　　　　　　　　　　　/s/Michael A. Ponsor
　　　　　　　　　　　　　　　　　　　United States District Judge