# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__United States__

v.

__Roman Zhirnov__

CASE NO. __02-30043-MAP__


FILED IN CLERK'S OFFICE
2006 APR -4 P 2:21
U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEAL

Notice is hereby given that __Roman Zhirnov__ above named, hereby appeals from the __Judgment__ entered in the above entitled action on __March 29, 2006__.

__4/3/06__
Date

__Roman Zhirnov__

(Notice of Appeal.wpd - 12/98)