APPEAL

# United States District Court
# District of Massachusetts (Springfield)
## CRIMINAL DOCKET FOR CASE #: 3:02-cr-30043-MAP-3

Case title: USA v. Safanov                                    Date Filed: 12/19/2002

Assigned to: Judge Michael A Ponsor

**Defendant**

**Roman Zhirnov** (3)                 represented by   **Charles J. Sclafani, Jr.**
*TERMINATED: 03/29/2006*                              Johnson & Sclafani
                                                      776 Westfield Street
                                                      West Springfield, MA 01089
                                                      413-732-8356
                                                      Fax: 413-439-0480
                                                      Email: cjsclafani@comcast.net
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

                                                      **J. Jeffrey Yelle**
                                                      1365 Main Street
                                                      Springfield, MA 01103
                                                      413-732-9760
                                                      Fax: 413-739-2783
                                                      Email: jjyelle@aol.com
                                                      *TERMINATED: 02/13/2004*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: CJA Appointment*

**Pending Counts**                                    **Disposition**

                                                      63 months to consist of terms of 60 mos
                                                      on cts 1,2 and 6 and terms of 63 months
                                                      on cts 1 and 12, all to be served
                                                      concurrently w/one another; defendant
                                                      remanded to U.S. Marshals; Supervised
                                                      release 3 yrs on all counts to be served
                                                      concurrently w/one another; possess no
                                                      firearm; cooperate in collection of DNA
                                                      as directed by probation; If ordered
                                                      deported def is to leave the U.S. and is
18:371, 18:922(a)(1)(A) Conspiracy to                 not to return w/o prior permission of the
deal firearms without a license                       Secretary of Dept. of Homeland

*[Clerk's certification stamp:]* I hereby certify on 4/5/06 that the foregoing document is true and correct copy of the electronic docket in the captioned case / electronically filed original filed on __ / original filed in my office on 4/6/06. Sarah A. Thornton, Clerk, U.S. District Court, District of Massachusetts. By: Mary Finn, Deputy Clerk

| | |
|---|---|
| (1) | Security; Use true name and prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth, and any other pertinent incorrect identifying information; participate in a mental health treatment prog. as directed by probation and be required to contribute to the costs of services for such treatment based on ability to pay; $500 assessment fee due immediately; |
| 18:371, 18:922(k) Conspiracy to possess firearms with obliterated serial numbers (2) | 63 months to consist of terms of 60 mos on cts 1,2 and 6 and terms of 63 months on cts 1 and 12, all to be served concurrently w/one another; defendant remanded to U.S. Marshals; Supervised release 3 yrs on all counts to be served concurrently w/one another; possess no firearm; cooperate in collection of DNA as directed by probation; If ordered deported def is to leave the U.S. and is not to return w/o prior permission of the Secretary of Dept. of Homeland Security; Use true name and prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth, and any other pertinent incorrect identifying information; participate in a mental health treatment prog. as directed by probation and be required to contribute to the costs of services for such treatment based on ability to pay; $500 assessment fee due immediately; |
| 18:922(k),18:2 Possession of firearms with obliterated serial numbers and aiding abetting (6) | 63 months to consist of terms of 60 mos on cts 1,2 and 6 and terms of 63 months on cts 1 and 12, all to be served concurrently w/one another; defendant remanded to U.S. Marshals; Supervised release 3 yrs on all counts to be served concurrently w/one another; possess no firearm; cooperate in collection of DNA as directed by probation; If ordered deported def is to leave the U.S. and is not to return w/o prior permission of the Secretary of Dept. of Homeland Security; Use true name and prohibited from the use of any aliases, false dates of birth, false social security numbers, |

| | |
|---|---|
| 18:922(g)(1),18:2 Possession of a firearm after a felony conviction and aiding and abetting<br>(11-12) | incorrect places of birth, and any other pertinent incorrect identifying information; participate in a mental health treatment prog. as directed by probation and be required to contribute to the costs of services for such treatment based on ability to pay; $500 assessment fee due immediately;<br><br>63 months to consist of terms of 60 mos on cts 1,2 and 6 and terms of 63 months on cts 1 and 12, all to be served concurrently w/one another; defendant remanded to U.S. Marshals; Supervised release 3 yrs on all counts to be served concurrently w/one another; possess no firearm; cooperate in collection of DNA as directed by probation; If ordered deported def is to leave the U.S. and is not to return w/o prior permission of the Secretary of Dept. of Homeland Security; Use true name and prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth, and any other pertinent incorrect identifying information; participate in a mental health treatment prog. as directed by probation and be required to contribute to the costs of services for such treatment based on ability to pay; $500 assessment fee due immediately; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Notice**

**Pretrial Services**

**Plaintiff**

USA            represented by    **Andrew Levchuk**
United States Attorney's Office
1550 Main Street
Springfield, MA 01103
413-785-0235
*TERMINATED: 04/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin O'Regan**
United States Attorney's Office
1550 Main Street
Springfield, MA 01103
413-785-0142
Fax: 413-785-0394
Email: kevin.o'regan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2004 | 47 | INDICTMENT as to Aleksey Safanov (1) count(s) 1ss, 2ss, 3ss, 4ss, 7ss, 8ss, 9ss, 10ss, 13ss, Ivan Teleguz (2) count(s) 1, 2, 4, 5, 6, Roman Zhirnov (3) count(s) 1, 2, 6, 11-12, Andrey Buynovskiy (4) count(s) 1, Michael Quickel (5) count(s) 1. (Hurley, Virginia) (Entered: 02/05/2004) |
| 01/28/2004 |  | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Initial Appearance as to Roman Zhirnov, Andrey Buynovskiy held on 1/28/2004. Defts advised of rights and request appointment of counsel. Court appts counsel. No interpreter was utilized for this hearing, however, an interpreter will be needed for any additional hearings. Govt seeking detention for both Defts. Court orders Defts detained pending further hearing on 1/30/04 at 2:00 p.m. (Tape #digital.) (Healy, Bethaney) (Entered: 02/05/2004) |
| 01/28/2004 | 50 | MOTION for Detention as to Roman Zhirnov, Andrey Buynovskiy by USA. (Healy, Bethaney) (Entered: 02/05/2004) |
| 01/28/2004 | 51 | Mag. Judge Kenneth P. Neiman. ORDER OF TEMPORARYY DETENTION as to Roman Zhirnov, Andrey Buynovskiy ENTERED, cc:cl. Detention Hearing set for 1/30/2004 02:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 02/05/2004) |
| 01/30/2004 | 52 | NOTICE re automatic disclosure as to Roman Zhirnov filed. (Healy, Bethaney) (Entered: 02/05/2004) |

| | | |
|---|---|---|
| 01/30/2004 | 🔗 | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Interpreter sworn. Arraignment as to Roman Zhirnov (3) Count 1, 2, 6, 11-12 and Aleksey Safanov (1) Count 1ss, 2ss, 3ss, 4ss, 7ss, 8ss, 9ss, 10ss, 13ss held on 1/30/2004, Detention Hearing as to Roman Zhirnov held on 1/30/2004. Deft Buynovskiy appears without counsel. Colloquy re: continued representation as to Deft Safanov. Matter to be addressed by District Judge Ponsor on February 5, 2004 at 3:30 p.m. Counsel will be available for a hearing on February 2, 2004 at 11:30 a.m. Arguments re: detention as to Deft Zhirnov. Deft ordered detained pending trial. (Tape #digital.) (Healy, Bethaney) (Entered: 02/05/2004) |
| 01/30/2004 | 53 | Magistrate Judge Kenneth P. Neiman. ORDER OF DETENTION PENDING TRIAL as to Roman Zhirnov ENTERED, cc:cl. (Healy, Bethaney) (Entered: 02/05/2004) |
| 01/30/2004 | 54 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Roman Zhirnov setting Status Conference set for 3/17/2004 at 3:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by 3/15/04, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 02/05/2004) |
| 02/04/2004 | 59 | MOTION for Release from Custody as to Roman Zhirnov, filed . (Healy, Bethaney) (Entered: 02/05/2004) |
| 02/05/2004 | 🔗 | Notice of correction to docket made by Court staff. Correction: Motion for Release corrected because: docketed out of order- to be reentered as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (Healy, Bethaney) (Entered: 02/05/2004) |
| 02/05/2004 | 62 | Mag. Judge Kenneth P. Neiman. ORDER Setting Conditions of Release as to Roman Zhirnov, ENTERED, cc:cl. [Conditions: Deft execute a $50,000 unsec. apr. bond; report to PTS three times per wk as diredcted; Ekktron Namedov and Taisa Prokherkus execute a $5,000 bond, secured by a deposit of $5,000 with the Clerk's Office; travel restricted to Hampden County, MA; Deft to continue employment at his video store; in the event that the store is closed, he shall notify Pretrial Services, and actively seek other employment; maintain residence at 109 River St., West Springfield, MA; no contact with any codefts; no firearms; curfew, monitored by electronic bracelet, from 12:00 a.m.-8:00 a.m. daily; Deft to make arrangements for a telephone, with basic service only, to be active at the residence prior to release] (Healy, Bethaney) (Entered: 02/06/2004) |
| 02/09/2004 | 63 | NOTICE OF ATTORNEY APPEARANCE: Charles J. Sclafani appearing for Roman Zhirnov filed. (Finn, Mary) (Entered: 02/09/2004) |
| 02/10/2004 | 64 | Kenneth P. Neiman, USMJ: MEMORANDUM regarding Release of Deft. Roman Zhirnov entered; cc/cl. (Finn, Mary) (Entered: 02/10/2004) |
| 02/13/2004 | 66 | NOTICE of Withdrawal of Appearance by Jeffrey Yelle, in case as to Roman Zhirnov. (Healy, Bethaney) (Entered: 02/13/2004) |
| 02/13/2004 | 🔗 | Attorney update in case as to Roman Zhirnov. Attorney J. Jeffrey Yelle terminated, successor counsel having filed his appearance. (Healy, Bethaney) (Entered: 02/18/2004) |

| | | |
|---|---|---|
| 02/17/2004 | 68 | Govt's motion for Review of 64 Release Order entered on 2/10/2004 as to Roman Zhirnov filed.(Finn, Mary) (Entered: 02/17/2004) |
| 02/17/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Hearing on govt's objection to defendant's release as to Roman Zhirnov held on 2/17/2004 Court hears brief testimony; Defendant to be released per Judge Neiman's Order re: Conditions Of Release once arrangements in place for electronic monitoring by Pretrial Services; $5,000 cash bail paid in Clerk's office (Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 02/17/2004) |
| 02/17/2004 |  | Motions terminated as to Roman Zhirnov : 68 MOTION for Review of Release Order re 64 Memorandum (not related to a motion) filed by USA. (Healy, Bethaney) (Entered: 08/25/2004) |
| 02/18/2004 | 72 | Magistrate Judge Kenneth P. Neiman. CJA 20 as to Roman Zhirnov : Appointment of Attorney J. Jeffrey Yelle for Roman Zhirnov (nunc pro tunc to 1/28/04). (Healy, Bethaney) (Entered: 02/18/2004) |
| 03/17/2004 | 76 | JOINT MEMORANDUM pursuant to L.R. 116.5(A) of the parties re initial status conference by Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel filed. (Finn, Mary) (Entered: 03/17/2004) |
| 03/17/2004 |  | Attorney update in case as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel. Attorney David J. Wenc for Ivan Teleguz, Richard J. Maggi for Michael Quickel added. Attorney George Nassar terminated. (Healy, Bethaney) (Entered: 03/17/2004) |
| 03/17/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 3/17/2004. Colloquy re: discovery. Scheduling order and status report to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 03/18/2004) |
| 03/17/2004 | 77 | Magistrate Judge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel ENTERED, cc:cl. Interim Status Conference set for 4/30/2004 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by 4/28/04. (Healy, Bethaney) (Entered: 03/18/2004) |
| 03/17/2004 | 78 | Magistrate Judge Kenneth P. Neiman. INTERIM STATUS REPORT as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel, ISSUED, cc:cl. (Healy, Bethaney) (Entered: 03/18/2004) |
| 04/30/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 4/30/2004. Counsel for Defendants sign joint memorandum. Colloquy re: status of case and Speedy Trial calculation. Court makes inquiry into |

| | | |
|---|---|---|
| | | waiver of Speedy Trial time. Court makes finding on record that time is excluded from date of return of Second Superseding Indictment (January 20, 2004) and date of next Status Conference (June 28, 2004). Scheduling Order and Order on Excludable Delay to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 04/30/2004) |
| 04/30/2004 | 80 | Magistrate Judge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel ENTERED, cc:cl. Interim Status Conference set for 6/28/2004 02:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memorandum due by 6/25/04. (Healy, Bethaney) (Entered: 04/30/2004) |
| 04/30/2004 | 81 | Magistrate Judge Kenneth P. Neiman. INTERIM STATUS REPORT as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (Healy, Bethaney) (Entered: 04/30/2004) |
| 04/30/2004 | 82 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel ENTERED, cc:cl. Time excluded from January 20, 2004 until June 28, 2004. (Healy, Bethaney) (Entered: 04/30/2004) |
| 04/30/2004 | 83 | JOINT MEMORANDUM of the parties re interim status conference by Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (Healy, Bethaney) (Entered: 05/03/2004) |
| 05/03/2004 | | Notice of correction to docket made by Court staff. Correction: Second Entry of Clerk's Notes from 4/30/04 Status Conference corrected because: duplicate entry was deleted. as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (Healy, Bethaney) (Entered: 05/03/2004) |
| 06/28/2004 | 85 | JOINT MEMORANDUM pursuant to L.R. 116.5(A) of the parties re initial status conference by Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel, Aleksey Safanov filed. (Finn, Mary) (Entered: 06/28/2004) |
| 06/28/2004 | | Electronic Clerk's Notes for proceedings held before Judge Kenneth P. Neiman :Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 6/28/2004. Final status conference on 9/10/04 @ 11:30 AM. (Court Reporter CD Recorder.) (Stuckenbruck, John) (Entered: 06/28/2004) |
| 06/28/2004 | 86 | Judge Kenneth P. Neiman : SCHEDULING ORDER entered as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel. Final Status Conf. set for 9/10/2004 at 11:30 AM in Courtroom 3 before Magistrate Kenneth P. Neiman, at which time the Court will address any outstanding discovery motions. Parties joint memorandum due by close of business on 9/09/2004; cc/cl. (Finn, Mary) (Entered: 06/29/2004) |
| 06/28/2004 | 87 | Judge Kenneth P. Neiman : INTERIM STATUS REPORT as to Aleksey |

| | | |
|---|---|---|
| | | Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel entered. Status Conference set for 9/10/2004 at 11:30 AM in Courtroom 3 before Magistrate Kenneth P. Neiman; cc/cl. (Finn, Mary) Modified on 6/29/2004 (Finn, Mary). (Entered: 06/29/2004) |
| 09/10/2004 | 94 | JOINT MEMORANDUM of the parties re initial status conference by Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (Healy, Bethaney) (Entered: 09/10/2004) |
| 09/10/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys O'Regan, Wenc, Sclafani, Maggi, Bernard, Black) appear for Final Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 9/10/2004. Colloquy re: status of discovery. Schedule to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 09/10/2004) |
| 09/10/2004 | 95 | Magistrate Judge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel ENTERED, cc:cl. Pretrial Conference set for 10/21/2004 02:00 PM in Courtroom 2 before Honorable Michael A Ponsor; motion hearing re: Deft Safanov's motion for discovery on 9/22/04 at 2:30 p.m. in Courtroom III. (Healy, Bethaney) (Entered: 09/10/2004) |
| 09/10/2004 | 96 | Magistrate Judge Kenneth P. Neiman. STATUS REPORT as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (Healy, Bethaney) (Entered: 09/10/2004) |
| 10/21/2004 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 10/21/2004 Motions due by 11/19/2004; Oppositions by 12/10/04; MOTION HEARING SET FOR 12/15/04 AT 2:00 P.M. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 10/21/2004) |
| 10/29/2004 | 99 | MOTION for Speedy Trial *Order of Excludable Delay* as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel by USA. (O'Regan, Kevin) (Entered: 10/29/2004) |
| 11/03/2004 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 99 Motion for Order of Excludable Delay as to Aleksey Safanov (1), Ivan Teleguz (2), Roman Zhirnov (3), Andrey Buynovskiy (4), Michael Quickel (5). ENTERED, cc:cl. See Order issued this day. (Healy, Bethaney) (Entered: 11/03/2004) |
| 12/03/2004 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel Motion Hearing reset for 12/29/2004 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 12/03/2004) |
| 12/10/2004 | 114 | Assented to MOTION to File motions nunc pro tunc to 12/6/04 as to |

| | | |
|---|---|---|
| | | Roman Zhirnov . (Stuckenbruck, John) (Entered: 12/15/2004) |
| 12/15/2004 | | Judge Michael A Ponsor : Electronic ORDER entered granting 114 Motion to File Motions nunc pro tunc to 12/6/04 as to Roman Zhirnov (3) (Stuckenbruck, John) (Entered: 12/15/2004) |
| 12/15/2004 | 115 | Deft. Roman Zhirnov's MOTION to Suppress unlawful search and seizure of his motor vehicle by the West Springfield Police Department on 10/26/02 as to Roman Zhirnov filed.. (Finn, Mary) (Entered: 12/15/2004) |
| 12/15/2004 | 116 | Deft. Roman Zhirnov's MEMORANDUM in Support of his 115 MOTION to Suppress unlawful search and seizure of his vehicle on 10/26/2002 filed. (Finn, Mary) (Entered: 12/15/2004) |
| 12/19/2004 | 117 | MOTION for Extension of Time to File *Response to Defendants' Pretrial Motions* as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel by USA. (O'Regan, Kevin) (Entered: 12/19/2004) |
| 12/22/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting 117 Government's Motion for Extension of Time to December 23, 2004, to File Response to Defendants' Pretrial Motions as to Aleksey Safanov (1), Ivan Teleguz (2), Roman Zhirnov (3), Andrey Buynovskiy (4), and Michael Quickel (5). (Neiman, Kenneth) (Entered: 12/22/2004) |
| 12/26/2004 | 118 | MOTION for Extension of Time to File *Response to Defendants' Motions* as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel by USA. (O'Regan, Kevin) (Entered: 12/26/2004) |
| 12/26/2004 | 119 | Opposition by USA as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel re 115 MOTION to Suppress, [106] MOTION to Sever Defendant, [107] MOTION to Suppress *Secret Recordings*, [108] MOTION to Suppress *Identifications*, [109] MOTION to Suppress *Statements*, [110] MOTION to Suppress *Videotape Evidence*, [100] MOTION to Suppress, [105] MOTION to Dismiss for Lack of Jurisdiction, [112] MOTION to Suppress (O'Regan, Kevin) (Entered: 12/26/2004) |
| 12/27/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting 118 Government's Motion for Extension of Time to December 27, 2004, to File Opposition as to Aleksey Safanov (1), Ivan Teleguz (2), Roman Zhirnov (3), Andrey Buynovskiy (4), and Michael Quickel (5). (Neiman, Kenneth) (Entered: 12/27/2004) |
| 12/29/2004 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Motion Hearing as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 12/29/2004 re 115 MOTION to Suppress filed by Roman Zhirnov, [106] MOTION to Sever Defendant filed by Ivan Teleguz, [107] MOTION to Suppress *Secret Recordings* filed by Ivan Teleguz, [108] MOTION to Suppress *Identifications* filed by Ivan Teleguz, [109] MOTION to Suppress |

| | | |
|---|---|---|
| | | *Statements* filed by Ivan Teleguz, [110] MOTION to Suppress *Videotape Evidence* filed by Ivan Teleguz, [105] MOTION to Dismiss for Lack of Jurisdiction filed by Ivan Teleguz, [112] MOTION to Suppress filed by Aleksey Safanov, [100] MOTION to Suppress filed by Andrey Buynovskiy Order to issue - Rulings made orally on #110, 106, 105; Evidentiary hearing on pending motions to suppress to be 1/26/05 at 2:00 p.m.(Court Reporter Laurie Monaghan.) (French, Elizabeth) (Entered: 12/29/2004) |
| 12/30/2004 | | Set/Reset Deadlines/Hearings as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel : Deft. Teleguz's suppl. motion to suppress the identification and suppl. motion to suppress statements made in Oregon due 1/21/2005, Govt's opp. due 2/11/2005. Court will rule on papers or set for argument. (Finn, Mary) Modified on 12/30/2004 (Finn, Mary). (Entered: 12/30/2004) |
| 12/30/2004 | | Set/Reset Deadlines as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel [112] MOTION to Suppress, [107] MOTION to Suppress *Secret Recordings*, 115 MOTION to Suppress, [100] MOTION to Suppress. Motions and Evidentiary Hearing set for 1/26/2005 at 02:00 PM before Judge Michael A Ponsor. (Finn, Mary) (Entered: 12/30/2004) |
| 04/08/2005 | 138 | NOTICE OF HEARING ON MOTION as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel Motion Hearing set for 4/27/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Evidentiary Hearing - Counsel should refer to order issued 12/30/04)(French, Elizabeth) (Entered: 04/08/2005) |
| 04/19/2005 | 139 | Assented to MOTION to Continue to May 6,10,11, or 12, 2005 motion to suppress hearing as to Aleksey Safanov, by Aleksey Safanov. (Lindsay, Maurice) (Entered: 04/19/2005) |
| 04/21/2005 | 140 | Deft. Roman Zhirnov's motion to cont. the motion to suppress hearing set for 4/27/2005 to 5/10/2005, 5/11/2005 or 5/12/2005 as to Roman Zhirnov filed. (Finn, Mary) (Entered: 04/21/2005) |
| 04/22/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting 139 Motion to Continue as to Aleksey Safanov (1), Ivan Teleguz (2), Roman Zhirnov (3), Andrey Buynovskiy (4), Michael Quickel (5) Evidentiary Hearing reset to 5/17/05 at 2:00 p.m. (French, Elizabeth) (Entered: 04/22/2005) |
| 05/17/2005 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Evidentiary Hearing as to Aleksey Safanov, Roman Zhirnov, Andrey Buynovskiy held on 5/17/2005 2:00 p.m. Hearing on Motions to Suppress - Interpreter utilized: Andrei Izurov; Witnesses called: Daniel Felix; Doug Holmses; Patrick Burns; Witnesses called on behalf of defendants: Alena Buynovskiy; Irena Buynovskiy; Andrey Buynovskiy; Govt. exhibits entered 4,5,6,8 and 9; Defendants exhibit A entered; Government to provide cassette tape to defense by 5/20/05; Oral motion on record for excludable delay - informed by court to reduce to written |

| | | |
|---|---|---|
| | | request; Status conference set for all defendants on 6/6/05 at 3:30 p.m. Consensual recording by govt. to court for in chambers review (Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 05/18/2005) |
| 05/17/2005 | | Set/Reset Hearings as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel: Status Conference set for 6/6/2005 03:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 05/18/2005) |
| 05/17/2005 | | Judge Michael A Ponsor : Electronic ORDER entered denying [112] Motion to Suppress as to Aleksey Safanov (1); denying 115 Motion to Suppress as to Roman Zhirnov (3) (French, Elizabeth) (Entered: 05/18/2005) |
| 05/20/2005 | 142 | MOTION for Speedy Trial *Order of Excludable Delay* as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickelby USA. (O'Regan, Kevin) (Entered: 05/20/2005) |
| 05/24/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting 142 Motion for Speedy Trial as to Aleksey Safanov (1), Ivan Teleguz (2), Roman Zhirnov (3), Andrey Buynovskiy (4), Michael Quickel (5) "The interests of justice, in this circumstance, outweigh te usual interest in a speedy trial". (French, Elizabeth) (Entered: 05/24/2005) |
| 06/06/2005 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 6/6/2005 Trial set for 11/28/05 (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 06/07/2005) |
| 06/07/2005 | | Set/Reset Deadlines/Hearings as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel: Jury Trial set for 11/28/2005 09:00 AM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 06/07/2005) |
| 06/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 6/6/2005. Deft. Quickel's counsel to confer with clkre re: setting a date for Rule 11 hearing. Jury Trial set for 11/28/2005 09:00 AM in Courtroom 1 before Judge Michael A Ponsor. Any defts. who decide to plead guilty shall enter into a plea agreement by 10/31/05. Defenaw counsel will assent to a motion for excludable delay from 6/6/05 - 11/28/05. Deft. Buynovskiy's motion to suppress statements denied from the bench. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 06/07/2005) |
| 10/12/2005 | 151 | NOTICE OF HEARING as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel Status Conference set for 11/4/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 10/12/2005) |
| 11/04/2005 | 155 | MOTION for Excludable Delay to 11/28/05 as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickelby USA. |

| | | |
|---|---|---|
| | | (French, Elizabeth) (Entered: 11/04/2005) |
| 11/04/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy held on 11/4/2005 Change of Plea set for A. Safanov on 11/18/05 at 2:00 p.m.; Trial shall go forward as to all remaining defendants on 11/28/05 at 9:00 a.m. (Jury selection only) Motions in limine; voir dire; jury instructions due on 11/18/05; (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 11/04/2005) |
| 11/08/2005 | | Judge Michael A Ponsor : ElectronicORDER entered granting 155 Motion to Exclude as to Aleksey Safanov (1), Ivan Teleguz (2), Roman Zhirnov (3), Andrey Buynovskiy (4), Michael Quickel (5) "In view of the special circumstances summarized in this motion, the Court finds that the interests of justice outweigh the usual interest in a speedy trial." (French, Elizabeth) (Entered: 11/08/2005) |
| 11/09/2005 | | Motions terminated as to Roman Zhirnov: 140 MOTION to Continue filed by Roman Zhirnov,. Document moot (French, Elizabeth) (Entered: 11/09/2005) |
| 11/18/2005 | 165 | Dft's MOTION for Extension of Time to 11/21/05 to File Motions in Limine, Voir Dire Questions and Proposed Jury Instructions as to Roman Zhirnov. (Lindsay, Maurice) (Entered: 11/18/2005) |
| 11/18/2005 | 166 | Proposed Jury Questions by USA as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (O'Regan, Kevin) (Entered: 11/18/2005) |
| 11/21/2005 | 167 | Deft's Proposed Jury Instructions by Roman Zhirnov (Attachments: # 1 # 2) filed.(Finn, Mary) Additional attachment(s) added on 11/21/2005 (Finn, Mary). (Entered: 11/21/2005) |
| 11/21/2005 | 168 | Deft's Proposed Voir Dire by Roman Zhirnov filed. (Finn, Mary) (Entered: 11/21/2005) |
| 11/21/2005 | 169 | Deft. Roman Zhirnov's MOTION in Limine with points & authorities for Order instructing the Govt. to refrain from making any direct or indirect reference re: evidence of questional relevance, evidence whose prejudice to the Deft. outweighs its probative value and co-conspirators statements as to Roman Zhirnov filed. (Finn, Mary) (Entered: 11/21/2005) |
| 11/21/2005 | | NOTICE TO COUNSEL as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy: All counsel and defendants to be present on 11/28/05 at 9:00 a.m. for Change of Plea set for Andrey Buynovskiy and Aleksey Safanov (if plea to go forward) and status conference for remaining defendants re: trial motions, etc; TRIAL SHALL GO FORWARD AT 9:00 A.M. ON TUESDAY, 11/29/05 AT 9:00 A.M. (Counsel notified by phone) (Interpreters shall be present) (French, Elizabeth) (Entered: 11/21/2005) |
| 11/22/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting 165 Motion for Extension of Time to File as to Roman Zhirnov (3) (French, |

| | | |
|---|---|---|
| | | Elizabeth) (Entered: 11/22/2005) |
| 11/22/2005 | 173 | TRANSCRIPT of Proceedings as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 5/17/05 at 2:20 p.m. before Judge Michael A. Ponsor. Court Reporter: Sarah L. Mubarek. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Lindsay, Maurice) (Entered: 11/22/2005) |
| 11/28/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Change of Plea Hearing as to Roman Zhirnov held on 11/28/2005, Plea entered by Roman Zhirnov (3) Guilty Count 1,2,6,11-12. Sentencing set for 3/28/06 at 3:00 p.m. Interpreter Marina Koley (Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 11/28/2005) |
| 11/28/2005 | 176 | Judge Michael A Ponsor : Electronic ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Roman Zhirnov Sentencing set for 3/28/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 11/28/2005) |
| 03/09/2006 | | Case as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel no longer referred to Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 03/09/2006) |
| 03/24/2006 | 198 | MOTION for downward Departure as to Roman Zhirnov. (Sclafani, Charles) (Entered: 03/24/2006) |
| 03/24/2006 | 199 | MEMORANDUM in Support by Roman Zhirnov re 198 MOTION for downward Departure *with Certificate of Service* (Attachments: # 1 Exhibit Letter of Defendant Roman Zhirnov)(Sclafani, Charles) Additional attachment(s) added on 3/28/2006 (Finn, Mary). (Entered: 03/24/2006) |
| 03/28/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Sentencing held on 3/28/2006 for Roman Zhirnov (3), Count(s) 1, 11-12, 2, 6, 63 months to consist of terms of 60 mos on cts 1,2 and 6 and terms of 63 months on cts 1 and 12, all to be served concurrently w/one another; defendant remanded to U.S. Marshals; Supervised release 3 yrs on all counts to be served concurrently w/one another; possess no firearm; cooperate in collection of DNA as directed by probation; If ordered deported def is to leave the U.S. and is not to return w/o prior permission of the Secretary of Dept. of Homeland Security; Use true name and prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth, and any other pertinent incorrect identifying information; participate in a mental health treatment prog. as directed by probation and be required to contribute to the costs of services for such treatment based on ability to pay; $500 assessment fee due immediately;. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 03/29/2006) |
| 03/29/2006 | 202 | Judge Michael A Ponsor : ORDER entered. JUDGMENT as to Roman Zhirnov (3), Count(s) 1, 11-12, 2, 6, 63 months to consist of terms of 60 |

| | | | |
|---|---|---|---|
| | | | mos on cts 1,2 and 6 and terms of 63 months on cts 1 and 12, all to be served concurrently w/one another; defendant remanded to U.S. Marshals; Supervised release 3 yrs on all counts to be served concurrently w/one another; possess no firearm; cooperate in collection of DNA as directed by probation; If ordered deported def is to leave the U.S. and is not to return w/o prior permission of the Secretary of Dept. of Homeland Security; Use true name and prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth, and any other pertinent incorrect identifying information; participate in a mental health treatment prog. as directed by probation and be required to contribute to the costs of services for such treatment based on ability to pay; $500 assessment fee due immediately; (French, Elizabeth) (Entered: 03/29/2006) |
| 04/03/2006 | | 205 | Judge Michael A Ponsor : Electronic ORDER entered to disburse funds deposited as cash bail in the amount of $5,000 as to Roman Zhirnov. (Stuckenbruck, John) (Entered: 04/03/2006) |
| 04/04/2006 | | 206 | Deft. Roman Zhirnov's NOTICE OF APPEAL by Roman Zhirnov re 202 Judgment. Filing fee of $250.00 paid with a balance of $5.00. Receipt number 306233. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/24/2006. (Finn, Mary) Additional attachment(s) added on 4/5/2006 (Finn, Mary). (Entered: 04/04/2006) |
| 04/05/2006 | | | Notice of appeal entry corrected to correct the amount of filing fee from $2550.00 to the correct $250.00 with a $5.00 remainder remaining as to Roman Zhirnov. (Finn, Mary) (Entered: 04/05/2006) |
| 04/05/2006 | | 207 | Certified and Transmitted Record on Appeal as to Roman Zhirnov to US Court of Appeals re 206 Notice of Appeal - Final Judgment. (Finn, Mary) (Entered: 04/05/2006) |