# United States District Court

District of **MASSACHUSETTS**

**Application To Proceed In Forma Pauperis, Supporting Documentation and Order**

CASE NUMBER: Appeal No. 06-1607

02CR30043-MAP

I, **Roman Zhirnov**, declare that I am the (check appropriate box)

☐ petitioner/plaintiff         ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant      ☐ **Direct Appeal** (other)

in the above entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions:

1. Are you presently employed?                                    ☐ Yes  **XX** No

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (List both gross and net salary)

    **N/A**

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
    **March 27, 2006. My Salary was approximatelly $803 per month.**

2. Have you received within the last twelve months any money from any of the following sources?

    a. Business, profession or other forms of self-employment        **XX** Yes  ☐ No
    b. Rent payments, interest or dividends?                         ☐ Yes  **XX** No
    c. Pensions, annuities or life insurance payments?               ☐ Yes  **XX** No
    d. Gifts or inheritances?                                        ☐ Yes  **XX** No
    e. Any other sources?                                            **XX** Yes  ☐ No

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. **For the past 12 months from my business I made $9,955.00.**

3. Do you own any cash, or do you have any money in checking or savings accounts?

   ☒ Yes   ☐ No   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   **I have $250.00 in my prison account.**

4. Do you own or do you have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   ☐ Yes   ☒ No
   If the answer is "yes," describe the property and state its approximate value.

   **N/A**

5. List the persons who are dependent on you for support, state your relationship to Those persons, and indicate how much you contribute toward their support.

   **I pay $50. per week child support.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October 11__, 2006   _Roman Shirman_
     (Date)                              (Signature of Applicant)

## Certificate
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __254.09__ on account to his credit at the __USP Beaumont__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution __N/A__

I further certify that during the last six months the applicant's average balance was $ __89.89__.

_CW____, Case Manager_
(Authorized Officer of Institution)

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge or Magistrate    Date | United States Judge or Magistrate    Date |