## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 90787038 | Current Institution: | Beaumont FCC |
| Inmate Name: | ZHRNOV, ROMAN | Housing Unit: | D/A |
| Report Date: | 10/02/2006 | Living Quarters: | D02-207U |
| Report Time: | 3:54:20 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2108 |
| PAC #: | |
| FRP Participation Status: | Unassigned |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 4/7/2006 |
| Local Account Activation Date: | 9/9/2006 4:51:48 AM |
| Sort Codes: | |
| Last Account Update: | 10/1/2006 1:51:00 PM |
| Account Status: | Active |
| Phone Balance: | $14.24 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $148.49 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $148.49 |
| National 6 Months Deposits: | $368.89 |
| National 6 Months Withdrawals: | $220.40 |
| National 6 Months Avg Daily Balance: | $23.82 |
| Local Max. Balance - Prev. 30 Days: | $200.00 |
| Average Balance - Prev. 30 Days: | $23.82 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: 9/19/2006 11:08:58 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**