# United States Court of Appeals
## For the First Circuit

No. 06-1607

UNITED STATES,

Appellee,

v.

ROMAN ZHIRNOV,

Defendant, Appellant.

### ORDER OF COURT

Entered: October 2, 2006
Pursuant to 1st Cir. R. 27(d)

By orders entered August 18, 2006 and September 7, 2006, appellant was directed to file a motion to proceed in forma pauperis and a financial affidavit in the district court. Most recently, appellant was directed to file the motion to proceed IFP accompanied by the financial affidavit on or before September 21, 2006, and was warned that failure to do so would lead to dismissal for lack of prosecution pursuant to Loc. R. 3(b). After reviewing the district court docket, it does not appear that appellant has filed the motion or affidavit, and therefore, is in default.

Unless appellant files a motion in the district court to proceed in forma pauperis accompanied by a financial affidavit by **October 17, 2006**, this appeal will be dismissed. Loc. R. 3(b).

By the Court:
Richard Cushing Donovan, Clerk

By:_____
Operations Manager

[cc: Charles J. Sclafani, Jr., Esq., Kevin O'Regan, AUSA, Dina M. Chaitowitz, AUSA, Roman Zhironov]