*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number: 06-1607

USDC Docket Number :CR 02-30043-MAP

UNITED STATES
v.
ROMAN ZHIRNOV

---

**CLERK'S SUPPLEMENTAL CERTIFICATE**

    I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:  254

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on 10/18/06

    Sarah A. Thornton, Clerk of Court

By:   /s/John C. Stuckenbruck
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06